CLERK'S OFFICE
A TRUE COPY
Aug 27, 2026
s/ MMK
Deputy Clerk, U.S. District Court
Eastern District of Wisconsin



# UNITED STATES DISTRICT COURT

for the

Eastern District of Wisconsin

In the Matter of the Seizure of
*(Briefly describe the property to be seized)*
All Funds up to $43,545.11 on Deposit in Bank of America Account Ending in x9144, Which Operates Under Augustin Ventures LLC

Case No. 26-MJ-139

## WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests that certain property located in the Middle District of Florida be seized as being subject to forfeiture to the United States of America. The property is described as follows:

All Funds up to $43,545.11 on Deposit in Bank of America Account Ending in x9144, Which Operates Under Augustin Ventures LLC

I find that the affidavit(s) and any recorded testimony establish probable cause to seize the property.

**YOU ARE COMMANDED** to execute this warrant and seize the property on or before 09/10/2026 *(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10:00 p.m. ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must also give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to Hon. William E. Duffin.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

☐ for ______ days (not to exceed 30) ☐ until, the facts justifying, the later specific date of ____________.

Date and time issued: 08/27/2026 at 10:30 a.m.

William E. Duffin
*Judge's signature*

City and state: Milwaukee, Wisconsin

William E. Duffin, U.S. Magistrate Judge
*Printed name and title*

**Return**

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| | | |

Inventory made in the presence of:

Inventory of the property taken:

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: ____________________

____________________
*Executing officer's signature*

____________________
*Printed name and title*

CLERK'S OFFICE
A TRUE COPY
Aug 27, 2026
s/ MMK
Deputy Clerk, U.S. District Court
Eastern District of Wisconsin

# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

In the Matter of the Seizure of
*(Briefly describe the property to be seized)*
All Funds up to $43,545.11 on Deposit in Bank of America Account Ending in x9144, Which Operates Under Augustin Ventures LLC

Case No. 26-MJ-139

## APPLICATION FOR A WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE

I, a federal law enforcement officer or attorney for the government, request a seizure warrant and state under penalty of perjury that I have reason to believe that the following property in the Middle District of Florida is subject to forfeiture to the United States of America under 18 U.S.C. § 981(a)(1)(A), 981(a)(1)(C), 982(a)(1), and 982(a)(2).

*(describe the property):*

All Funds up to $43,545.11 on Deposit in Bank of America Account Ending in x9144, Which Operates Under Augustin Ventures LLC

The application is based on these facts:

See Affidavit.

❒ Continued on the attached sheet.

SHANE HOFFMANN
Digitally signed by SHANE HOFFMANN
Date: 2026.08.26 06:24:52 -05'00'

*Applicant's signature*

Shane Hoffmann, FBI Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 41 by telephone.

Date: 08/27/2026

*Judge's signature*

City and state: Milwaukee, Wisconsin

William E. Duffin, U.S. Magistrate Judge
*Printed name and title*

**AFFIDAVIT IN SUPPORT OF**
**<u>APPLICATION FOR SEIZURE WARRANT</u>**

I, Shane Hoffmann, being duly sworn, hereby depose and state that the following is true to the best of my information, knowledge, and belief:

**INTRODUCTION AND AGENT BACKGROUND**

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been since September 2015. I am currently assigned to the Milwaukee Division- Madison Resident Agency. Since becoming a Special Agent, I have received specialized training in conducting criminal investigations, and my responsibilities include conducting investigations of alleged criminal violations of federal statutes and laws. I have participated in the execution of search warrants in various judicial districts, including the recovery of records, contraband, and other types of property. I have received training in computer technology, and I have on numerous occasions reviewed the content of targets' phones and computers, email accounts, social media accounts, and bank accounts for evidence of criminal activity.

2. On August 11, 2026, ANDREW AUGUSTIN (DOB: 11/05/1988) was indicted by a federal grand jury in the Eastern District of Wisconsin for violations of 18 U.S.C. §§ 514(a)(2) (presenting false or fictitious obligations), 1344 (bank fraud), and 1957 (unlawful monetary transactions). *See United States v. Augustin*, 26-CR-168 (E.D. Wisconsin). A warrant for his arrest was issued the same day. On August 12, 2026, Augustin was arrested in the Eastern District of New York.

**PURPOSE OF AFFIDAVIT**

3. I submit this affidavit in support of an application for a warrant authorizing the seizure of all remaining funds, specifically $43,545.11, in the **Bank of America business**

**checking account for Augustin Ventures LLC, number 291043389144**, on which Andrew AUGUSTIN is the sole authorized signer (hereinafter, the **Target Account**).

4. The information supplied in this affidavit is based on upon my investigation as well as information provided, and investigation conducted by, other law enforcement personnel (collectively, "case agents") in this matter to date, all of which I consider reliable. Because this affidavit is being submitted for the limited purpose of securing a seizure warrant, I have not set forth every fact related to, or otherwise the product of, this investigation.

5. This investigation concerns alleged violations of, inter alia, 18 U.S.C. §§ 514(a)(2) (presenting false or fictitious obligations), 1344 (bank fraud), 1956 (money laundering), and 1957 (unlawful monetary transactions) (collectively, the "Subject Offenses").

6. Based on the facts and circumstances set forth below, I submit that there exists probable cause to believe that all funds in the **Target Account** are proceeds from the Subject Offenses. Furthermore, these funds are:

a. Subject to civil forfeiture under Title 18, United States Code, Sections 981(a)(1)(C) and 984, and subject to criminal forfeiture under Title 18, United States Code, Section 982(a)(2), as property which constitutes or is traceable to proceeds of bank fraud, in violation of Title 18, United States Code, Section 1344;

b. Subject to civil forfeiture under Title 18, United States Code, Sections 981(a)(1)(A), 981(a)(1)(C) and 984, and subject to criminal forfeiture under Title 18, United States Code, Section 982(a)(1), as proceeds of, and funds involved in, or traceable to funds involved in, money laundering offenses, in violation of Title 18, United States Code, Sections 1956 and 1957; and

c. Subject to seizure via a civil seizure warrant under Title 18, United States Code, Section 981(b), and via a criminal seizure warrant under Title 18, United States Code, Section 982(b)(1) and Title 21, United States Code, Section 853(e) and (f).

## PROBABLE CAUSE

### Overview

7. The United States, including the Federal Bureau of Investigation, is conducting an investigation into the lien-washing scheme by ANDREW AUGUSTIN, in violation of, among other statutes, the Subject Offenses. In summary, the evidence shows that AUGUSTIN's scheme works generally as follows. Either Augustin or an associate purchases or leases a vehicle with financing, and the financier's lien appears on the vehicle's title. AUGUSTIN then creates a new, false title for the vehicle, typically from the same state as the legitimate title, showing no lien. AUGUSTIN or an associate then presents the false title, showing no lien, typically at a different state's Department of Motor Vehicles (DMV), in order to register the vehicle in that state and obtain a new "legitimate" title without a lien. Finally, AUGUSTIN sells the vehicle with a purportedly unencumbered title, often to a dealership. The dealership purchases the vehicle believing it has no lien and issues payment to AUGUSTIN or one of his companies. The bank or financing company is defrauded of its interest in the vehicle.

8. Law enforcement has tied at least fifteen vehicles to AUGUSTIN's scheme, which has touched multiple states, including Wisconsin, Illinois, Texas, Florida, California, and New York, and has extended from at least August 2021 through the day of his arrest in New York, August 12, 2026.

### Examples of AUGUSTIN's Lien-Washing Scheme

*Black 2018 Mercedes Benz E Class (VIN: WDDZF6EB9JA398474) (Vehicle 939)*

9. Records from Navy Federal Credit Union (NFCU) indicate that on or about August 31, 2021, AUGUSTIN purchased a black 2018 Mercedes Benz E Class bearing vehicle identification number (VIN) WDDZF6EB9JA398474 from Motor Werks in Barrington, Illinois

(hereinafter, Vehicle 939).[1] Financing in the amount of approximately $66,000 (not including finance charges) was secured through NFCU, whose accounts are federally insured. AUGUSTIN provided email address augustin.svc@gmail.com on the loan application along with address 742 Lily Cache Lane, Bolingbrook, Illinois. AUGUSTIN represented to the credit union that he was employed by Best Choice LLC for seven years and made $7,666.00 per month.

10. On or about October 29, 2021, the State of Illinois issued a genuine Illinois title number 21302696413 / control number R8594259 for Vehicle 939 in the name of ANDREW AUGUSTIN, with Navy Federal Credit Union listed as a lienholder.

11. In February 2024, AUGUSTIN's NFCU loan was charged off in the amount of approximately $52,000. Payment records from Navy Federal Credit Union indicate that the last payment received on the account was in October 2023.

12. On or about November 18, 2024, AUGUSTIN sold Vehicle 939 to Carvana for a net payment of $27,310. AUGUSTIN provided a different, fraudulent Illinois title with number 21302696413 / control number G00330366 in his name which showed no lien. The following day, Old National Bank records show that an account in AUGUSTIN's name received a wire transfer from Carvana for $27,310.

*Black 2022 Harley Davidson Motorcycle (VIN: 1HD1FBC10NB634177) (Vehicle 918)*

13. On or about July 21, 2022, AUGUSTIN purchased a black 2022 Harley Davidson FLHR motorcycle with vehicle identification number (VIN) 1HD1FBC10NB634177 from Heritage Harley Davidson in Lisle, Illinois (hereinafter, Vehicle 918). AUGUSTIN secured financing through Eaglemark Savings Bank (a division of Harley Davidson Financial Services),

[1] The vehicle numbers referenced in this affidavit are organizational only; they correspond to the evidence as organized in the law enforcement case file.

whose deposits are federally insured, for a total cost, including financing charges, of $54,951.96. AUGUSTIN represented to the lender that he made $112,000 annually working for Best Choice LLC.

14. The Illinois Department of Motor Vehicles issued a legitimate Illinois title bearing number 22222691524 / control number U1285534 for Vehicle 918 in the name of ANDREW AUGUSTIN with Eaglemark Savings Bank as the listed lienholder. AUGUSTIN made payments on the loan through November 2023. In June 2024, Eaglemark charged off loan principal in the amount of $28,496.09 and interest in the amount of $3,215.14.

15. On February 28, 2025, AUGUSTIN presented his Illinois driver's license to a Wisconsin DMV to register and title Vehicle 918 in Wisconsin. AUGUSTIN listed an address of 4430 South Greenridge Circle, Greenfield, Wisconsin. He indicated the purchase price was $0. He presented and surrendered a fraudulent Illinois title bearing number 22222691524 / control number G9600700 in his own name, issue date August 10, 2022, with address 742 Lily Cache Lane, Bolingbrook, Illinois, which did not indicate a lien on the vehicle. The barcode on the fraudulent Illinois title resolved to title number X9261678553, which had been issued to ANDREW AUGUSTIN on September 18, 2009, for a 1997 Dodge Intrepid.

16. On March 5, 2025, AUGUSTIN sold Vehicle 918 to Rumbleon Dealers, Inc. in Fort Worth, Texas. He signed over Wisconsin title 25059P3003-9 with no listed lien. Rumbleon Dealers paid AUGUSTIN $11,000 by wire transfer into AUGUSTIN's Old National Bank account number x3640. The following day, March 6, 2025, AUGUSTIN made two withdrawals from that account in the amounts of $5,000 and $5,750.

*Gray 2021 Volkswagen Tiguan (VIN: 3VV2B7AXXMM110582) (Vehicle 917)*

17. On November 29, 2024, AUGUSTIN purchased a gray 2021 Volkswagen Tiguan SE with vehicle identification number (VIN) 3VV2B7AXXMM110582 from Carmax in Hillside, Illinois (hereinafter, Vehicle 917). AUGUSTIN made a down payment of $3,999 and financed the balance of the $48,621.60 cost through American Credit Acceptance. On November 29, 2024, Wisconsin title T4288Y444009-2 was signed over to AUGUSTIN.

18. On January 14, 2025, the Illinois Department of Motor Vehicles issued a legitimate Illinois title bearing number 25014697008 / control number U7261919 for Vehicle 917 in the name of ANDREW AUGUSTIN at 742 Lily Cache Lane, Bolingbrook, Illinois. American Credit Acceptance was listed on the title as the lienholder. AUGUSTIN made two payments of $725 on the loan.

19. On March 8, 2025, AUGUSTIN presented his Illinois driver's license to a Wisconsin DMV to register and title Vehicle 917 in Wisconsin. AUGUSTIN listed an address of 4430 South Greenridge Circle, Greenfield, Wisconsin. He indicated the purchase price was $0. He presented and surrendered a fraudulent Illinois title bearing number 25014697008 / control number U4455851 in his own name, with address 742 Lily Cache Lane, Bolingbrook, Illinois, which did not indicate a lien on the vehicle.

20. On March 10, 2025, AUGUSTIN sold Vehicle 917 to Toyota of Brookfield in Brookfield, Wisconsin for $17,150. AUGUSTIN turned over to Toyota of Brookfield the Wisconsin title bearing number 25067P8004-4 that he had obtained two days earlier, showing no lien. Toyota of Brookfield issued a Wells Fargo check to AUGUSTIN for the purchase price. That day, check number 10222670 from Toyota of Brookfield in the amount of $17,150, made out to

ANDREW AUGUSTIN was deposited in Huntington Bank account x1668. AUGUSTIN was the only signatory on the account with an address of 742 Lily Cache Lane, Bolingbrook, Illinois.

*Gray 2025 Toyota Camry XLE (VIN: 4T1DBADK7SU025157) (Vehicle 915)*

21. Records from Exeter Finance indicate that on or about July 17, 2025, AUGUSTIN purchased a gray 2025 Toyota Camry XLE with vehicle identification number (VIN) 4T1DBADK7SU025157 from Lombard Toyota in Illinois (hereinafter, Vehicle 915). Financing in the amount of approximately $27,000 (not including finance charges) was secured through Exeter. AUGUSTIN told the lender that he was employed in sales by Best Choice LLC for seven years and made $9,333.00 per month.

22. On or about August 14, 2025, the State of Illinois issued genuine Illinois title number 25226700137 / control number U8688787 for Vehicle 915 in the name of ANDREW AUGUSTIN, with Exeter Finance LLC listed as a lienholder.

23. Records from the Wisconsin Department of Financial Institutions showed that on or about August 8, 2025, Citadel Motors Inc. was registered with an incorporator listed as ANDREW AUGUSTIN and address 2325 Verlin Road, Green Bay, Wisconsin.

24. Records from the Wisconsin Department of Motor Vehicles show that on or about November 12, 2025, AUGUSTIN registered and titled Vehicle 915 in Wisconsin under Citadel Motors, address 2325 Verlin Road, Green Bay, Wisconsin by surrendering a fake Illinois title number 25226700137 / control R0186363 in the name of Edi Ferro Gonzalez. The fake title surrendered did not list a lien, and the title purported to show that Citadel Motors purchased the car on November 11, 2025, from someone named Edi Ferro Gonzalez. An Illinois driver's license in AUGUSTIN's name was presented to the Wisconsin DMV.

25. Records from the Brookfield Police Department show that on November 13, 2025, officers responded to Toyota of Brookfield in Brookfield, Wisconsin in response to AUGUSTIN trying to sell Vehicle 915. Databases checked by employees showed a lien on Vehicle 915. However, the Wisconsin title in the name of Citadel Motors obtained by AUGUSTIN on November 12, 2026, the day before, did not list a lien. After questioning AUGUSTIN, police allowed AUGUSTIN to leave with Vehicle 915. (Toyota of Brookfield had previously purchased Vehicle 917 from AUGUSTIN in March 2025, as described above.)

26. Records from Carvana show that on or about February 27, 2026, AUGUSTIN sold Vehicle 915 to Carvana for $6,224.23, paid via a Wells Fargo check. AUGUSTIN dropped off Vehicle 915 at Carvana's Chicago vending machine located at 720 Enterprise Drive, Oak Brook, Illinois. An Illinois driver's license in AUGUSTIN's name was provided for proof of seller, and he provided the email address mraugustin365@gmail.com. The sale appears to be legitimate as Exeter has indicated that its remaining loan balance in the amount of approximately $26,000 was satisfied. Carvana advised that no title was presented, as Illinois is not a title-holding state, so the title would have remained with the lienholder which was Exeter. Based on my training and experience, I believe AUGUSTIN sold Vehicle 915 legitimately because law enforcement responded during his attempted fraudulent sale to Toyota of Brookfield in November 2025.

27. On or about February 27, 2026, Citibank business account 802345453 in the name of Citadel Motors at address 742 Lily Cache Lane, Bolingbrook, Illinois, was credited $6,224.23 from the deposit of a check from Carvana for the purchase of Vehicle 915.

*2023 Chevrolet Corvette Stingray (VIN: 1G1YB2D43P5101948) (Vehicle 959)*

28. On July 17, 2026, the Honorable Nancy Joseph, United States Magistrate Judge of the Eastern District of Wisconsin, issued a warrant for historical and prospective location

information for AUGUSTIN's phone number 331-212-0491, which is serviced by Verizon, for historical information from July 17, 2025, to July 17, 2026, and prospective location information for 30 days from that date, in Case No. 26-963M. While no subscriber is listed and the address of 6500 Emerald Parkway, Dublin, Ohio is subscribed to that number, AUGUSTIN has listed that phone number when securing financing for the purchase of a vehicle and when selling lien-washed vehicles to dealerships. This phone number is also the listed recovery phone number for a Google account associated with AUGUSTIN, augustin.svc@gmail.com. In August 2021, when AUGUSTIN purchased Vehicle 939 from Motor Werks in Barrington, Illinois, with financing through NFCU, AUGUSTIN provided email address augustin.svc@gmail.com on the loan application. Subscriber information received from Google in April 2026 for email address augustin.svc@gmail.com showed a subscriber name of ANDREW AUGUSTIN, an account creation date of September 17, 2013, and listed the 331-212-0491 as the recovery number.

29. On August 3, 2026, at approximately 4:00 pm, the location information for phone number 331-212-0491 indicated the phone was in the area of Tampa, Florida. On August 4, 2026, the location information indicated the phone had moved to the area of West Palm Beach, Florida. During the evening of August 6, 2026, the phone traveled from West Palm Beach Airport to Chicago O'Hare.

30. On August 7, 2026, I spoke with an investigator with the Bank of America who advised that on August 5, 2026, a deposit in the amount of approximately $50,000 was deposited into the **Target Account**.

31. Records from Schumacher Auto Group in West Palm Beach, Florida showed that on August 5, 2026, AUGUSTIN sold a 2023 Chevrolet Corvette Stingray with VIN 1G1YB2D43P5101948 (hereinafter, Vehicle 959) to the dealership for $43,500. The dealership

paid AUGUSTIN by check, specifically Wells Fargo check number 1453203 made out to Augustin Ventures LLC, 604 Courtland Street, Suite 201, Orlando, Florida. An Illinois driver's license in AUGUSTIN's name was presented to the dealership. AUGUSTIN signed over Florida title number 147200129 and control number 181598635 in the name of Augustin Ventures LLC, with no lien listed. The title showed a previous issuance date of August 3, 2026, and an issuance date of August 4, 2026.

32. That same day, August 5, 2026, AUGUSTIN deposited Wells Fargo check number 1453203, in the amount of $43,500, into the **Target Account**. An image of the check appears in Bank of America's records for the **Target Account**; the image shows the check was issued from Schumacher Auto Group Inc.

33. On August 10, 2026, I was informed by a J.P. Morgan Chase investigator that Vehicle 959 was financed by J.P. Morgan Chase on December 13, 2025, in the amount of $88,524.85, and that J.P. Morgan Chase had an unsatisfied lien on the vehicle.

34. Based on my training, experience, and knowledge gained throughout this investigation, I believe that AUGUSTIN drove Vehicle 959 to Florida to register it using a fraudulent title and then sell it. Three recent lien-washed vehicles attributed to AUGUSTIN have all been registered or sold in Florida. The location information for AUGUSTIN's phone number 331-212-0491 did show that the phone was in the area of Schumacher Auto sales in West Palm Beach during his travel to Florida.

**<u>Bank of America Account x9144</u>**

35. Bank of America records show that AUGUSTIN opened the Bank of America business checking account for Augustin Ventures LLC, with number 291043389144, on April 4, 2026. He is the only signer on the account.

36. On August 5, 2026, AUGUSTIN deposited Wells Fargo check number 1453203, in the amount of $43,500, into the **Target Account**. The signature of the person who signed the check appears to match AUGUSTIN's signature on the account's business signature card.

37. Immediately before the August 5, 2026, deposit, the Target Account had a balance of $45.11. There has been no activity in the account since the August 5, 2026, check deposit; the balance is $45,545.11.

38. Since the account was opened in April 2026, the only significant deposits into the account, apart from the August 5 check deposit described above, include:

a. On April 6, 2026, a $64,500 deposit by check #53628 from Arrigo Chrysler Dodge Jeep Ram of Margate (Margate, Florida)

b. On May 28, 2026, a $79,250 deposit by check #58252 from Jacobs Mitsubishi & VINFAST (Newport Richey, Florida)

c. On July 27, 2026, a $7,500 deposit by check (for which the bank records did not include a photo record).

d. On August 3, 2026, a $7,500 deposit by check (for which the bank records did not include a photo record).

39. The only other deposits into the account are in smaller amounts of less than $1,000 from Apple Cash and Progressive Insurance.

40. Based on these financial records, $43,500 of the current balance in the **Target Account** can be traced directly to AUGUSTIN's sale of a lien-washed vehicle to a Florida car dealership, in violation of Title 18, United States Code, Sections 514, 1344, and 1957. Based on my training and experience, and the investigation to date, there is also probable cause that the other $45.11 in the **Target Account** is also proceeds of AUGUSTIN's commission of the Subject

Offenses, given AUGUSTIN's use of Augustin Ventures LCC in his scheme, as described above, and given the nature of the significant deposits into the account after AUGUSTIN opened it. In any event, the small balance of the Target Account outside of the $43,500 that is directly traceable to AUGUSTIN's bank fraud and money laundering—$45.11—is separately subject to seizure and forfeiture under Title 18, United States Code, Section 982(a)(1), as funds "involved in" a money laundering offense committed in violation of Title 18, United States Code, Section 1957, because those funds are comingled in the **Target Account** with money laundering proceeds.

41. I submit that a restraining order under 21 U.S.C. § 853(e) may not be sufficient to assure the availability of the funds for forfeiture because I have been advised of cases in which, even after a restraining order or similar process has been issued to a financial institution, the funds sought to be restrained were not effectively restrained by the financial institution. In my judgment, a seizure warrant would be the most effective way to assure the availability of the money sought to be seized for forfeiture.

## CONCLUSION

42. Based on the foregoing facts, I submit that there exists probable cause to believe that the $43,545.11 in the **Target Account** is comprised of proceeds of AUGUSTIN's commission of the Subject Offenses and funds involved in AUGUSTIN's commission of money laundering offenses.

43. I further submit the $43,545.11 in the **Target Account** are:

a. Subject to civil forfeiture under Title 18, United States Code, Sections 981(a)(1)(C) and 984, and subject to criminal forfeiture under Title 18, United States Code, Section 982(a)(2), as property which constitutes or is traceable to proceeds of bank fraud, in violation of Title 18, United States Code, Section 1344;

b. Subject to civil forfeiture under Title 18, United States Code, Sections 981(a)(1)(A), 981(a)(1)(C) and 984, and subject to criminal forfeiture under Title 18, United States Code, Section 982(a)(1), as proceeds of, and funds involved in, or traceable to funds

involved in, money laundering offenses committed in violation of Title 18, United States Code, Sections 1956 and 1957; and

c. Subject to seizure via a civil seizure warrant under Title 18, United States Code, Section 981(b), and via a criminal seizure warrant under Title 18, United States Code, Section 982(b)(1) and Title 21, United States Code, Section 853(e) and (f).